```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04976
  MICHAEL A FOUNTAIN
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-2695


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/21/07 .

     2.  The case was dismissed without confirmation, 09/14/2007.

     3.  The Debtor paid a total of $   2401.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------------
PEOPLES CHOICE HOME LOAN  CURRENT MORTG          .00           .00          .00
PEOPLES CHOICE HOME LOAN  MORTGAGE ARRE    NOT FILED           .00          .00
WILL COUNTY TREASURER     SECURED          NOT FILED           .00       560.00
WILL COUNTY TREASURER     SECURED                .00           .00          .00
AMERICREDIT FINANCIAL     UNSECURED        NOT FILED           .00          .00
ASPIRE                    UNSECURED        NOT FILED           .00          .00
CITY OF JOLIET            UNSECURED        NOT FILED           .00          .00
COMED                     UNSECURED        NOT FILED           .00          .00
FIRST PREMIER BANK        UNSECURED        NOT FILED           .00          .00
NICOR GAS                 UNSECURED        NOT FILED           .00          .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00         .00          .00
PRINCIPAL PAID        560.00         .00         .00         .00       560.00
INTEREST PAID            .00         .00         .00         .00          .00
TOTAL PAID            560.00         .00         .00         .00       560.00
The Debtor's attorney, PAUL M BACH                  , was allowed $   2500.00
and was paid $   1778.57 .

The Trustee received $     62.43 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/19/07                         /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```